# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00341-REB

UNITED STATES OF AMERICA,

    Petitioner,

    v.

LOREN A. BERK,

    Respondent.
_____

## FINAL ENFORCEMENT ORDER
_____

The matter came before the Court on March 26, 2008, pursuant to the **Order To Show Cause** [#2] entered February 20, 2008, and for consideration of the **Petition To Enforce Internal Revenue Service Summons** [#1] filed February 19, 2008. The petitioner appeared by counsel of record. The respondent appeared in person pro se. Having considered the United States' **Petition to Enforce Internal Revenue Service Summons** and the Declaration of Cathy Rojas; and having considered the stipulation of the parties as stated in open court on the record, this Court finds as follows:

    1.    The Internal Revenue Service summonses was issued to Respondent, Loren A. Berk, for a legitimate purpose - to obtain information concerning the determination of the federal income tax liability of Respondent Loren A. Berk for tax periods in the years ended December 31, 2001; December 31, 2002; December 31, 2003; December 31, 2005; and December 31, 2006.

2. The above-listed tax periods were specified in the Internal Revenue Service summons served on the Respondent.

3. The testimony, records, and documents demanded by the Internal Revenue Service summons for tax years 2005 and 2006 are not in the possession of the Internal Revenue Service.

4. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

5. As indicated in the Declaration of Service (Doc. 5), Respondent Loren A. Berk was served on March 13, 2008, with the **Order to Show Cause** issued by the Court on February 20, 2008.

6. As of this date, the Respondent has failed to comply with the IRS summons as concerns tax years 2005 and 2006.

7. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons as concerns tax years 2005 and 2006.

8. The parties stipulate that the Respondent should have an additional reasonable time of thirty (30) days to comply with the summons as concerns tax years 2005 and 2006.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#2] entered February 20, 2008, is discharged;

2. That the parties stipulation as stated in open court on the record during the hearing is approved and ordered implemented effective forthwith;

3. That the Respondent, Loren A. Berk, shall comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office at 56 Inverness Drive East, Englewood, Colorado, 80112 (or other agreeable location determined by the parties) before Revenue Officer Cathy Rojas, telephone number (720) 956-4231, at a time to be agreed upon by the parties, but not later than April 25, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons, including for tax years 2005 and 2006; and

4. That on entry of this order, this case shall be closed, and Judgment shall be entered in favor of the Petitioner.

Dated March 26, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE